IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00964-BNB

DARRYL DAGEN, On Behalf of his Minor Child Leah Dagen,

Plaintiff,

v.

WAYNE G. HUMMER, JR., Individually, and in his Capacity as County Court Judge, Lancaster, PA,
COURT OF COMMON PLEAS LANCASTER COUNTY, PA,
DOMESTIC RELATIONS OFFICE OF LANCASTER COUNTY, PA, and
JOHN DOE AND OTHERS AS YET UNKNOWN,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 4 2007

GREGORY C. LANGHAM
CLERK

## ORDER

On June 8, 2007, Plaintiff filed a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a), in which he seeks to dismiss from the action the majority of Defendants named in the original Complaint submitted to the Court on May 10, 2007.

The Notice is unnecessary and inappropriate. Plaintiff filed a second Complaint, on June 7, 2007, pursuant to the Court's May 10, 2007, Order that directed him to file his claims on a Court-approved form. The June 7, 2007, Complaint supercedes the May 10, 2007, Complaint, and current named Defendants in the instant action only include the parties listed in the caption of the June 7, 2007, Complaint. All other named Defendants listed in the May 10, 2007, Complaint are terminated from the action. The Court will disregard the Notice of Dismissal filed June 8, 2007. Accordingly, it is

ORDERED that the Notice of Dismissal is disregarded by the Court.

DATED June 14, 2007, at Denver, Colorado.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00964-BNB

Darryl Dagen
PO Box 3497
Avon, CO 81620

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/14/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk